IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| In Re: | Case No.: 99-19822-WHD |
|---|---|
| ALAN K. BLANDFORD<br>ANITA L. BLANDFORD | Chapter: 7 |
|  | Honorable W. H. Drake |
| Debtor(s) |  |

## CHAPTER 7 DIVIDEND DISTRIBUTION REPORT

Since the filing of the original Trustee's Final Report on March 24, 2010, additional interest in the amount of $0.00 accrued on this account.  The approved final distributions in the above-styled case are:

**Chapter 7 administrative expenses:**

| APPLICANT'S NAME | ALLOWED FEES | ALLOWED EXPENSES | AMOUNT TO BE PAID |
|---|---:|---:|---:|
| GRIFFIN E. HOWELL, III, Trustee | $3,510.93 | $234.00 | $3,744.93 |
| STONEBRIDGE ACCOUNTING STRATEGIES, Accountant for Trustee (Other Firm) | $702.00 | $28.36 | $730.36 |
| **TOTAL** | **$4,212.93** | **$262.36** | **$4,475.29** |

**Unsecured claims:**  Claims of general unsecured creditors totaling $8,435.86 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 155.6920101%, but may vary if the amounts allowed for administrative expenses vary from the applications set forth above.  Interest is being paid at a rate of 5.34% from the date of filing through 3/23/2010.

| APPLICANT'S NAME | ALLOWED AMOUNT OF CLAIM | DIVIDEND AMOUNT | TOTAL TO BE PAID WITH INTEREST |
|---|---:|---:|---:|
| COMMUNITY WATER SYSTEMS | $64.74 | $64.74 | $100.79 |
| Capital One | $1,885.78 | $1,885.78 | $2,936.00 |
| Charter Communications | $68.60 | $68.60 | $106.81 |
| FCNB PREFERRED CHARGE | $1,102.68 | $1,102.68 | $1,716.79 |
| GDC Federal Credit Union | $759.53 | $759.53 | $1,182.52 |
| GEORGIA DERMATOLOGY SPECIALIST | $39.80 | $39.80 | $61.97 |
| MAX RECOVERY, INC. | $4,046.82 | $4,046.82 | $6,300.58 |

| Papp Clinic | $467.91 | $467.91 | $728.50 |

**Surplus Funds to Debtor:** Surplus funds to be returned to Debtor totaling $10,234.68 have been allowed and will be paid pro rata only after all allowed administrative, priority and unsecured claims have been paid in full.  The surplus dividend is anticipated to be 100.0000000%, but may vary if the amounts allowed for administrative expenses vary from the applications set forth above.

| APPLICANT'S NAME | ALLOWED AMOUNT OF CLAIM | DIVIDEND AMOUNT |
|---|---|---|
| BLANDFORD, ALAN K. and ANITA L. | $10,234.68 | **$10,234.68** |

**TOTAL AMOUNT DISBURSED TO CREDITORS ON THIS REPORT:**            **$13,133.96**

Prepared by:                                     Reviewed and approved by:

*/s/  Griffin E. Howell, III*
GRIFFIN E. HOWELL, III, Chapter 7 Trustee
NEWTON & HOWELL, P.C.
P.O. BOX 551
GRIFFIN GA 30224
(770) 227-0110

/s/ R. Jeneane Treace
R. Jeneane Treace, Esquire
Attorney for the United States Trustee
Georgia Bar No.: 716620
**United States Department of Justice**
*Office of the United States Trustee*
Suite 362, Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303
404-331-4437, ext. 122
Jeneane.Treace@USDOJ.gov