UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | X | CHAPTER 7 |
| ALAN K. BLANDFORD and ANITA L. BLANDFORD, | X | CASE NO. 99-19822-whd |
| Debtors. | X | JUDGE W. H. DRAKE, JR. |

**NOTICE OF PAYMENT OF FUNDS INTO THE REGISTRY OF THE COURT**

Griffin E. Howell, III, the Trustee of the above named Estate, hereby shows the following:

1. In accordance with 11 U.S.C. Section 347 (a), payment has been stopped on all checks of the estate which remain unpaid, as identified in Paragraph 2. The total sum of these checks is $100.79 which has been deposited with the Court for disposition pursuant to 28 U.S.C. Sections 2041 et. seq.

2. Pursuant to Federal Rules of Bankruptcy Procedure 3011, the last known name and address of each entity whose final dividend check has not been presented for payment and the amount that such entity is entitled to be paid from the property of the Estate which has been paid into the Court is as follows:

| Name and Last Known Address | Amount |
|---|---|
| Community Water Systems<br>P.O. Box 962<br>Carrollton, GA 30117 | $100.79 |

Griffin E. Howell, III
Chapter 7 Trustee
GA BAR NO: 372225

127 ½ E. Solomon Street
P.O. Box 551
Griffin, GA 30224
(770) 227-0110

FILED JAN 19 2011 PM 2:09
M. REGINA THOMAS, CLERK
BY: DEPUTY CLERK
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

```
            U. S. BANKRUPTCY COURT
          NORTHERN DISTRICT OF GEORGIA
              NEWNAN DIVISION

              # 00081312 - KW
              January 19, 2011


Code       Case No      Qty      Amount By

UC         99-19822      1      $100.79 CK
   Judge  - W. H. Drake
   Debtor - A. K. BLANDFORD


TOTAL:                          $100.79


FROM: Griffin E. Howell, III
      127 1/2 E. Solomon Street
      Griffin, GA 30224
```

Page 1