Filed in U.S. Bankruptcy Court
Newnan, Georgia

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

FEB 17 2011

M. Regina Thomas, Clerk

_____
Deputy Clerk

| | | |
|---|---|---|
| IN RE: | X | CHAPTER 7 |
| ALAN K. BLANDFORD and ANITA L. BLANDFORD, | X | CASE NO. 99-19822-whd |
| Debtors. | X | JUDGE W. H. DRAKE, JR. |

## NOTICE OF PAYMENT OF FUNDS INTO THE REGISTRY OF THE COURT

Griffin E. Howell, III, the Trustee of the above named Estate, hereby shows the following:

1. In accordance with 11 U.S.C. Section 347 (a), payment has been stopped on all checks of the estate which remain unpaid, as identified in Paragraph 2. The total sum of these checks is $106.81 which has been deposited with the Court for disposition pursuant to 28 U.S.C. Sections 2041 et. seq.

2. Pursuant to Federal Rules of Bankruptcy Procedure 3011, the last known name and address of each entity whose final dividend check has not been presented for payment and the amount that such entity is entitled to be paid from the property of the Estate which has been paid into the Court is as follows:

| Name and Last Known Address | Amount |
|---|---|
| Charter Communicationsd<br>43 Werz Industrial Drive<br>Newnan, GA  30263-5803 | $106.81 |

Griffin E. Howell, III
Chapter 7 Trustee
GA BAR NO:  372225

127 ½ E. Solomon Street
P.O. Box 551
Griffin, GA  30224
Ph: (770) 227-0110
Fax: (770) 227-0112
newhow@bellsouth.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| In Re: | Case No.: 99-19822-WHD |
|---|---|
| ALAN K. BLANDFORD<br>ANITA L. BLANDFORD<br><br>Debtor(s) | Chapter: 7<br><br>Honorable W. H. Drake |

## CHAPTER 7 DIVIDEND DISTRIBUTION REPORT

Since the filing of the original Trustee's Final Report on March 24, 2010, additional interest in the amount of $0.00 accrued on this account. The approved final distributions in the above-styled case are:

**Chapter 7 administrative expenses:**

| APPLICANT'S NAME | ALLOWED FEES | ALLOWED EXPENSES | AMOUNT TO BE PAID |
|---|---|---|---|
| GRIFFIN E. HOWELL, III, Trustee | $3,510.93 | $234.00 | $3,744.93 |
| STONEBRIDGE ACCOUNTING STRATEGIES, Accountant for Trustee (Other Firm) | $702.00 | $28.36 | $730.36 |
| **TOTAL** | **$4,212.93** | **$262.36** | **$4,475.29** |

**Unsecured claims:** Claims of general unsecured creditors totaling $8,435.86 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 155.6920101%, but may vary if the amounts allowed for administrative expenses vary from the applications set forth above. Interest is being paid at a rate of 5.34% from the date of filing through 3/23/2010.

| APPLICANT'S NAME | ALLOWED AMOUNT OF CLAIM | DIVIDEND AMOUNT | TOTAL TO BE PAID WITH INTEREST |
|---|---|---|---|
| COMMUNITY WATER SYSTEMS | $64.74 | $64.74 | $100.79 |
| Capital One | $1,885.78 | $1,885.78 | $2,936.00 |
| Charter Communications | $68.60 | $68.60 | $106.81 |
| FCNB PREFERRED CHARGE | $1,102.68 | $1,102.68 | $1,716.79 |
| GDC Federal Credit Union | $759.53 | $759.53 | $1,182.52 |
| GEORGIA DERMATOLOGY SPECIALIST | $39.80 | $39.80 | $61.97 |
| MAX RECOVERY, INC. | $4,046.82 | $4,046.82 | $6,300.58 |

| | | | |
|---|---|---|---|
| Papp Clinic | $467.91 | $467.91 | $728.50 |

**Surplus Funds to Debtor:** Surplus funds to be returned to Debtor totaling $10,234.68 have been allowed and will be paid pro rata only after all allowed administrative, priority and unsecured claims have been paid in full. The surplus dividend is anticipated to be 100.0000000%, but may vary if the amounts allowed for administrative expenses vary from the applications set forth above.

| APPLICANT'S NAME | ALLOWED AMOUNT OF CLAIM | DIVIDEND AMOUNT |
|---|---|---|
| BLANDFORD, ALAN K. and ANITA L. | $10,234.68 | $10,234.68 |

**TOTAL AMOUNT DISBURSED TO CREDITORS ON THIS REPORT:**    $13,133.96

Prepared by:                              Reviewed and approved by:

*/s/ Griffin E. Howell, III*                    /s/ R. Jeneane Treace
GRIFFIN E. HOWELL, III, Chapter 7      R. Jeneane Treace, Esquire
Trustee                                    Attorney for the United States Trustee
NEWTON & HOWELL, P.C.                   Georgia Bar No.: 716620
P.O. BOX 551                              **United States Department of Justice**
GRIFFIN GA 30224                          *Office of the United States Trustee*
(770) 227-0110                            Suite 362, Richard Russell Building
                                          75 Spring Street, SW
                                          Atlanta, GA 30303
                                          404-331-4437, ext. 122
                                          Jeneane.Treace@USDOJ.gov

```
            U. S. BANKRUPTCY COURT
         NORTHERN DISTRICT OF GEORGIA
              NEWNAN DIVISION

              # 00081376 - GW
              February 17, 2011



Code      Case No      Qty       Amount By

UC        99-19822               $106.81 CK
   Judge   - W. H. Drake
   Debtor - A. K. BLANDFORD


TOTAL:                           $106.81


FROM: Griffin E. Howell, III
      Newton & Howell, PC
      P. O. Box 551
      Griffin, Georgia   30224
```

Page 1